B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Magnum Precision Instruments, LLC**
_____ ,
                                    Debtor

Case No. _____**15-33152**_____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 11,655,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 10,076,029.71 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 10 | | | |
| Total Assets | | | 11,655,000.00 | | |
| Total Liabilities | | | | 10,076,029.71 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of Texas

In re __Magnum Precision Instruments, LLC_____,  Case No. ____15-33152_____

Debtor

Chapter _____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Magnum Precision Instruments, LLC**                                    , Case No.     **15-33152**
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Magnum Precision Instruments, LLC**                                    ,      Case No.  __15-33152__

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Amegy Bank, N.A.** **Five Post Oak Park** **4400 Post Oak Parkway** **Houston, Texas 77027** **Account # XXXX0613** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                0.00
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Magnum Precision Instruments, LLC**                              Case No.   **15-33152**
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Intercompany AR - see Exhibit B-2** | **-** | **0.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Magnum Precision Instruments, LLC**                                    ,   Case No.   **15-33152**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Asset values included in appraisal of Equipment (see B-29)** **Location: 12450 Cutten Road, Houston TX 77066; 1730 Elmview Drive, Houston TX 77080** **see Exhibit B-1 for detailed listing of Schedule B assets** | - | **Unknown** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Location: 12450 Cutten Road, Houston TX 77066; 1730 Elmview Drive, Houston TX 77080** **see Exhibit B-1 for detailed listing of Schedule B assets** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Appraised value as of March 26, 2014** **Location: 12450 Cutten Road, Houston TX 77066; 1730 Elmview Drive, Houston TX 77080** **see Exhibit B-1 for detailed listing of Schedule B assets** | - | **11,655,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     **11,655,000.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Magnum Precision Instruments, LLC**                                      ,  Case No.   **15-33152**
                                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | Sub-Total > | 0.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 11,655,000.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Exhibit B-1                                    12450 Cutten Road

---

**Property Description**

---

████████████████████████████████████████████

**Group:  COMPUTERS  Account#208-000**

COMPUTER PARTS
16 PORT DNC-MAX STANDARD SERVER SOFTWARE
HP LASERJET 4200 PRINTER
2 DELL MONITORS
4 MONITORS AND 2 GRAPHICS CARDS
HP LASERJET 4200DTN
EPSO POWERLITE S3 PROJECTOR
4 FLAT SCREENS
18 HP COMPUTERS
HP PROLIANT DL 120G5 SERVER
3 SRVRS HP COMPUTERS
HP COMPUTER
Hewlett Packard
SONIC WALL ROUTER
COBALT DESKTOP L1 (4)
HP LapTop and Docking Station
ARDEE Computing LapTop & docking Station
AJROD Tool Room Scanner
Ardee Computing (2)LapTop & docking Station
Computers - CDW Direct
Computers - CDW Direct
(Castle) 2 Cobalt Level 3 Desktop Computers
HP Pavillion Notebook
Computers-CDW
Computers-CDW
Kiosks-Touch Screen (Fresh Start)
New Phone System
New Phone System-Team Venti
Dell-Wireless Keyboard & mouse bundles
Dell Computers
Dell Computers
Dell Computers
Waypoint Business Solutions - New Server
CDW Direct Sonic Wall-New Server
Dell - VM Ware - New Server

---

**Account 208-000**

████████████████████████████████████████████

**Group:  FURNITURE & FIXTURES**

CONFERENCE TABLE
OAK CREDENZA
FURNITURE
FURNITURE
FURNITURE
WORKSTATION
DESK, HON BRIDGE, CREDENZA
HUTCH, DRAWER, LATERAL, KEYBOARD, HUTCH
TELEPHONE SYSTEM DATAVOX
U SHAPED WORKSTATION
SECURITY SYSTEM
3 WORK STATIONS
STANLEY VIDMAR CABINET
XEROX 425ST  SN: EYF005287
WORK STATIONS
XEROX 440ST SN: NN0101973
132 BINS CABINETS
42" WIDE 900 CABINET
WORKSTATIONS
FURNITURE
WORKSTATIONS
XEXOR 440DC SN:NN0126901B
Office makers
CUSTOM CUBICLES
Office Furniture
Office Furniture
2 POWER CONNECT MODULE SUPPORTS
NEW WORKSTATIONS IN BUILDINGS
HK Copiers Xerox 5645 SN: WTD713145
Strip Door for New Bldg
Office Makers-Robert Grays Furniture
Lindsey Office Funiture - Davids 1/2 down
Office Makers-6 new cubicles(50%)
Room Revival
Office Makers
Room Revival
Lindsey Office Furniture -Final Payment
H K COPIERS (2) Copiers
Office Makers Furniture
OfficeMakers Furniture

Exhibit B-1                          12450 Cutten Road

Office Makers - Furniture-Programming Area
Office Makers-Furniture Downstairs Routing area
OfficeMakers Furniture for new cubicles and conference room C

**Group:  MACHINERY & EQUIPMENT**

CUTTING TORCH
MICRO HITE
ROCKWELL HARDNESS TESTER
MICRO HITE
2.5 TON HOIST
36x60 SURFACE PLATE
20x60 WEBB LATHE
FLOOR CRANE
FEMCO LATHE
ELECTRIC CHAIN HOIST
DAHLIH III VERTICAL MACH
MITUTOYO PROFILE PROJECTOR
MICROPAC 2L
4000 TURNVISION
BS MICRO-HITE & PROBE
1-1992 FENCO CNC
1 WHACHEON LATHE
1 TAPER ATTACHMENT
MARKING MACHINE
DIGITAL READOUT
ROTARY TABLE
DRILL GRINDER
MLL CAD SYSTEM, 2 MASTER CAM MILL VERIN-4
4TH AXIS
ULTRASONIC WELL THICKNESS TESTER
FEMCO STEADY REST
DAH LIH MCV-1020 FANUC
CUTTER MASTER END MILL SHARPENER
RADIUS ATTACHMENT
RADIUS ATTACHMENT
DELUXE 2 DOOR CABINET
WORKING HOLDING FIXTURE
DIAMOND DRESSER
CM-M70 SPINDLE EXTENSION
M-O5P NEUMATIC FINGER
TOOLMEX-15"JAW STEADY REST
D/PYM-CNC BORING MILL
MODEL FU FEMTEC CNC VERTICAL MACHINE CENTER
FEMCO CNC HORZ B/MILL
PRECISION MEASURING PINS
HEIGHT GAGE, MICRO-MITE & SHARPE, 20" CAP.
MEASURING INSTRUMENTS, OD & ID MICS, ETC.
OD MICROMETER SET 1"-12", BROWN & SHARPE
HEIGHT GAGE, MITE-MITE MODEL 260010
GRANITE SURFACE PLATE, MI-TEE
DRILL GRINDER, BLACK DIAMOND MODEL 90A 1/3 HP
SWIVELING JIB CRANE, GORBAL
END MILL CUTTER, CUTTERMASTER
VERTICAL MACHING CENTER,  MODEL MV-JUNIOR
CNC LATHE, MORI SEIKI, MODEL SL-45B
GAFFEY 1/2 TON MODEL 360-FPM JIB CRANE
FEMCO CNC LATHE MODEL WNCL-35/110C
SCOPE TECHNOLOGY STI10181 FS120 X 36
AUTO CRIB PARTS AUT-6800MS ASSY-MASTER ETC.
EVEREST VIT INSPECTION EQUIPMENT
DEBUR TABLES
DAH LIGH CNC MILL MODEL
1500 FANUC 18M CNC CONTRO
WL 580 LATHE AND WAFUM L
KITAMURA MYCENTER H500
CHARMILLES ROBOFORM 22
RNCB-40R
DEBURR
ANGLE HEAD
1 TON 360FPM
AIRFLOW SYSTEM MODEL DTH1700 DOWNDRAFT TABLE
COMPRESSOR 75 HP WITH REFRIG DRYER
MCV 1500
EQUIPMENT - AIRFLOW SYSTEM MODEL PCH 2
WALKIE STACKER
1 TON JIB CRANE # 4B0403
50 HP AIR COMPRESSOR
1/2 TON 360FPM JIB CRANEAFFEY
WHADEON LATHE
NEW KINGSTON LATHE MODEL HK3000
KURAKI BRAND TABLE
1 TON 360FPM JIB CRANE, & 1 TON ABELL-HOWE
POWER SAW
B&S 36" MICRO-HITE + P1 POWER PANEL
SUBURBAN 6X6X4 PAIR V-BLOCK
GRANITE SURFACE PLATE

Exhibit B-1                                                    12450 Cutten Road

1 TON JIB CRANE
CH 8 CONTOURING HEAD BASIS UNIT
KITAMURA MYCENTER BRIDGE 8
DAHLIH MCV 1500
TSUDAKOMA RB-400R
HWACHEON WL-580
TSUDAKOMA RB-400R
YI 550 SUPER ACCU-DEX WITH 8" ACCU-CHUCK
FEMCO 60
YUASA SUDX-220 PROGRAMABLE ROTARY TABLE
k27-18-00-62 MINI BORESCOPE
120x26 LATHE, 88X20 LATHE, SPHEROSYN SCALE
DAHLIN HC-2000
TSUDAKOMA RNCBK-402 ROTARY TABLE
NOBEL 24" 3-JAW CHUCK
HWACHEON MEGA-100 X 3M MODEL CNC LATHE
JIB CRANE 1 TONE 360FPM
1 TONE 360FPM JIB CRANE
AIRFLOW SYSTEM MODEL DTH-1700
FEMCO WNCL-35
A32 FLEXARM W/400
078-20315R STEADY REST 15" ROLLER JAW
STA CV50-AG90/HMC CT50 RIGHT ANGLE HEAD
XEROX PRINTER
SYNERGIX SCANNER
TOYOTA FORKLIFT
RB-400 W/O A/12 MOTOR
RITEN 6MT LIVE CENTER HD BULL NOSE
BROTHER HS70A WIRE CUT EDM CHILLER
VRO 300T 1-4 AXIS TURNING
DECKEL MAHO DMF 360 LINEAR MACHING CENTER
12" 6 JAW SET-TRU CHUCK
24" 4 JAW A20 STEEL 12.5"ID
KURT 6" VERSATILELOCK STD
EVS HEAD
16" 3 JAW SET TRU CHUCK
16" 3 JAW SET TRU CHUCK
PBA 10" 3-JAW SETRITE CHUCK
MEMORY UP GRADE FOR METER
2 TON 360FPM JIB CRANE & HOIST
RB-400L W/O A/12 MOTOR ADD TO ASSET 462
16" 6 JAW SET-TRU CHUCK STL
PBA 10" 3-JAW SETRITE CHUCK
DAEWOO PUMA 400B
PBA 6" 3-JAW SETRITE CHUCK
YUASA 8.66" PROGRAMMABLE ROTARY TBL
BISON 6 M.T. BULL NOSE CENTER
YUASA LPG200
24WLIGHT SOURCE/VCHAN
4 KURT DL640 DOUBLELOCK 6" VISE
HOIST BUDGIT 1-TON CAPACITY ELECTRIC CHAIN
18" NOBLE CHUCK
3 KURT D810 8" VISE
2 TRAV-A-DIAL MODEL 7A
KURAKI KBT-11
2 DAH LIH MVC-1
WALK BEHIND CYLINDRICAL SCRG
COMMAND TOOL CADDY/W WHEEL
2 TON.JIB CRANE
2 TWO TON HOIST MODEL BEH208-15P
ZEISS ECLIPSE 28X40
SUN FIRM CNC HEAVY DUTY FLAT BED LATHE 42120
DECKEL MAHO DMF 360
2 ONE TON 360FPM JIB CRANE
2 GENERIC HOIST 1 TON MODEL # BEH0116-15
CINCINNATI # 3 CUTTER & TOOL GRINDER MODEL DO
FIBER OPTIC SCOPE
WAREHOUSE RACKS
KURT DL640 DOUBLELOCK 6" VISE
FFV 54-400-311 POCKET SURF W PROBE
TOYOTA  MODEL 52-6FGCU45 FORKLIFT
NOB 410-24-A20 24" 4-JAW CHUCK
WHACHEON MANUAL LATHE MODEL HL-580
K27-18-00-62 MINI BORESCOPE & LIGHT SOURCE
IPLEX II SYSTEMS NTSC
IG-10.IG-10 BRONZE SERIES 28" TO 42" TRIPOD
REFRIGERANT SRYER
J904B BASE MOUNTED JIB CRANE WITH HOIST
2013-V CONTOUR BAND MACHINE
TM-7-868-2000 20" 6JAW SET-TRU CHUCK
XEROX 5028 COPIER
12" SET-TRUE 3 JAW CHUCK & ADAPTOR
GENERIC HOIST 1TON COFFING MODEL BEH0116-15
ACCS0039/SET/3 MAGNETIOC CONES & PROBS
CURTIS RS100 AIR COMPRESSOR
MOXA WIRELES MACHINE ADAPTER 802.1
KITAMURA HX-500I
16" SET-TRUE 6 JAW CHUCK
IF2D5-12 OLYMPUS FIBERSCOPE
COMMAND BASE W/6 SF50 CAT50 SHELVES
CAT59 SHELVES
J904 BASE MOUNT JIB 2 TON
GENERIC HOIST
3 JAW CHUCK & ADAPTOR
RITEN 5MT LIVE CENTER HD BULL NOSE

Exhibit B-1

12450 Cutten Road

GENERIC HOIST 2 TON
INSTALLATION OF HOISTS
DAL LIH MCV-1500 VERTICAL MACHINING CENTER
ILK7A LIGHT SOURCE & IV74-AT120D DIRECT TIP A
DU865-NS 8' HIGH DOUBLE SIDE CANTILEVER UPRIG
DMG DMF 250 LINEAR TRAVELING COLUMN MACHINE
k27-18-00-62 MINI BORESCOPE
HL580 STANDARD STEADY REST
PRESSURE WASHER LANDA PDE4-30025A
HONEYWELL CAMERA SYSTEM
R040-021-000-60 BORESCOPE
TOYOTA FORK LIFT
LATHE NEWA C8016S00120SH11
RTV-404 TSUDAKOMA CA BIG BORE ROTARY
TESA MICRO-HITE 600
REPUBLIC-LAGUN DLX 3L
SODICK MACHINE AO55L+L01G
611-d PERFORMANCE BOARD 1-AXIS
SIMODRIVE 611D
tur 630 toolmex cnc lathe
SUNFIRM CNC HEAVY DUTY FLAT BED
A11 SPINDLE TO D11 CHUCK ADAPTER
PGC 48X96 SURFACE PLATE LEDGER & STAND
J-LOC MASTER JAW
AUC 730-255 MINI CRIB RF SCANNER
GENERIC HOIST
GENERIC HOIST
AIR CHAIN HOIST & ALUMINUM GANTRY
078-2030R STEADY REST
YUASA 8" SUPER ACCU-DEX
IPLEX SYSTEM
IV8435 IPLEX FX 4MM SCOPE
6 JAW SET-TRU CHUCK
J904B BASE MOUNT JIB CRANE
IV84-AT120D/NF IPLEX
KURT D810 8"VISE
BALDOR 8" DELUXE GRINDER
TM 7-859-2543
INSTALLATION OF NEW EQUIPMENT
J904B BASE MOUNTED JIB CRANE
WEILER E70/D3 LATHE
YUASA
DMG GMX250
DMG DMF 360
LAGUN MILLATIC II DELUXE 3L
2 TRAK K3SX KNEE MILL
3 TRAK K3SX KNEE MILL
LOGAN DELUXE 3L RETRO KIT
REGAL MACHINE TOLL
WHACHEON
40´ CONTAINER
40´ CONTAINER
CHAMPION 5 HP AIR COMPRESSOR
MOTOR SPINDLE
JAW STEEL SCA CHUCK
DMF 250 COLUMN MACHINE
16" SET-TRUE 6 JAW CHUCK
DIGITAL ULTRASONIC GAUGE
HEAVY DUTY JIB CRANE
100 HP Air Compressor and Dryer
NEW STRAIGHTENING PRESS
K.O.Lee Tool & Cutter Grinder
Heavy Duty Shreader
CPR Defibrillator
Bay Area 1 Ton Crane
Bay Area 2 Ton Crane
Adjust Deposit Amount into Asset from Feb 2009
Adjust Deposit Amount into Asset from Feb 2009
Adjust Deposit Amount into Asset from April 2009
NEW DMF 360 MACHINE
HORIZONTAL OPTICAL COMPARATOR
50% DEPOSIT ON MACHINE TOOL PORTS
50% DEPOSIT ON MACHINE TOOL PORTS-Final pmt
Balance on Machine Tool Ports Adjustment
NEW FARO ARM AND SOFTWARE
HEAVY DUTY TRIPOD
DMG DMF 360 sn 1519362644
 DMG DMF 360 sn 1519362554
HP Laptop for FARO ARM
Cleveland Tramrail Crane System
New Doosan Puma 800L
New Doosan Puma 800L -sn ML0159-001113
New Doosan Puma 480L - sn ML0146-000321
Electrical and Labor on new machines
BayAraCrane-Extension to Crane
AJRod - Vending Machine
Champions Scissor Lift #2032E
Microhite 600 from Bass
Olymput IPLEX for Inspection
DAHLIH HBM HC2000 sn3004010040
DAHLIH HBM HC2000 sn3004010041
DAHLIH HBM HC 2000 sn 3004010042
DAHLIH HBM HC2000 sn 3004010043
Big Sheppard Angle Head for#357
Forklift 8FGCU25

Exhibit B-1                              12450 Cutten Road

Big City Marking Machine
Starrett Hook Scale
Doosan Puma 400L
Bay Area Crane-Cleveland Crane System
Shallere AeroKarts
Gilbert Pyle-Airlines to new machines #866 & 867
Gilbert Pyle-Airlines to new machines #866 & 867
Associated Machine Tool-Tail stocks for Dahlins
Carl Zeiss -CMM Equipment
Bay Area Crane P2010438  -3Ton Bridge Crane
Carl Zeiss-Training for CMM Equiip
Bay Area Crane P2011152-1 Ton Jib Crane
Bay Area Crane P2011152=1 Ton Hoist
Bass P2011530-Tooling Pkg
Bass P2011530-Tooling Pkg
Bass P2011530-Tooling Pkg
Bass P2011530-Tooling Pkg
Bass P2011530-Tooling Pkg
Bass P2011530-Tooling Pkg
DMF 500 sn 15155010724
DMF 500 sn 15155010714
S Concrete Foundation for DMG 500's
S Concrete Foundaton for DMG 500's
Tooling Pkg for DMF 500 sn 15155010724
Precision Granite-Leveling Tool-Equip
D & D Electric-Wire DMF500 V124484
MPO Doosan Puma 300C
(6) Aluminum Cart Swivel Hitches
(10) Expandable Carts
Associated Machine Tool-Jaw Chucks for Dahlihs
Kuraki CNC HBM
D & D Electric for Kuraki
CWRod Tool-Jaw Chuck for Kuraki
Doosan Puma 800L P2013991
Bass Tooling for Puma
Kennametal Tooling for Puma
Kennametal Tooling for Puma
Microhite from Bass Tool
Microhite from Bass Tool
Kennametal Tooling for Puma
AJRod Tooling for Asset 901 Puma
Gilbert Pyle-400 CFM Refrigerated Air Dryer
CW Rod Tooling P2016228
Franks Welding-Build Platform for Kuraki
Kuraki Repairs
HK Copies
PD Browne South - 1 Sharp 1440F Manual Lathe for apprentice progream
PD Browne South - 1 Sharp 1440F Manual Lathe for apprentice progream
PD Browne South - 1 Webb Champ Manual Knee Mill for apprentice progream
PD Browne South - 1 Webb Champ Manual Knee Mill for apprentice progream
D & D Electric-power to 4 new machines from PD Browne
D & D Electric-power to 4 new machines from PD Browne
D & D Electric-power to 4 new machines from PD Browne
D & D Electric-power to 4 new machines from PD Browne
PTI Plastics Technics - 2000 gallon HDPE Vert Double Wall Tank
MOVED TO SOFTWARE IN DECEMBER = Machine Monitoring Project
Clary Business Machines - Shredder
Dapra Marking System
Ellison Tech- 3D Models for DMG's
Japan Machine Tool - ATC for Kuraki
SW Solutions Group - Shelving System for Tool Room
Ellison Technologies
REFURBISHED-IV8435 Olympus IPLEX FX 4MM SCOPE(see #812)

**Group:  SOFTWARE**

MASTERCAM LATHE SOFTWARE
MCIS DNC MACHINE SOFTWARE
VISUAL ENTERPRISES SOFTWARE
CIMCO DNC MAX V4 SOFTWARE
LILLY SOFTWARE
GAGE MAKER
MANSOFT
LILLY SOFTWARE
LILLY SOFTWARE
LILLIY SOFTWARE
LILLY SOFWARE
LILLY SOFTWARE
SOFTWARE
LILLY SOFTWARE
MASTERCAM MILL LEVEL 3 SOFTWARE
VISUAL MANUFACTURING SYSTEM SOFTWARE
USER LICENSES COMPUTER SOFTWARE
MLC CAD SYSTEMS
SOFTWARE-INFOR GLOBAL
SOFTWARE & PARTS SHARPER SOLUTION
SOFTWARE VISUAL CUSTOM
HASP SOFTWARE

Exhibit B-1                                    12450 Cutten Road

40 WINDOWS LICENSES SOFTWARE
ARDEE COMPUTING
FARO TECHNOLOGIES
MLC CAD SYSTEM
MLC CAD SYSTEM
CDW Direct - Computer Software
MLC CAD Software Solidworks/Masterman (12-1-11)
Infor Software (12-1-11)
Infor Global-Software Licenses
PROJECT FRESH START
PROJECT FRESH START
PROJECT FRESH START
AutoCrib Custom Programming
CGTech Vericut Machine Simulation Software
Refresh Your Memory Software
Machine Monitoring Project
Refresh Your Memory Software
Refresh Your Memory Software
AdvanTech & Automation Direct P-card
Visual Quality Implementation
Help Systems - Automate Software
Tru-Fit - Rename & Merge Software

### Group: TRUCKS

2003 ISUZU TRUCK FLAT BED
OVER 6000 LBS 2005 TOYOTA TUNDRA
2012 Kenworth Flatbed Truck

Exhibit B-1                                    1730 Elmview Rd

Machinery & Equipment

Spartan 12" band saw
Lockformer band saw
Cincinnati Milacron tool grinder
Darex drill sharpener
Lisle drill sharpener
50 ton Dake press
Schmidt air press
250 ton press
Heat treat oven
Untramaic deburr tumbler
Zero sand blasting cabinet
TCM fork lift
Kaeser air compressor
Kaeser air compressor
Ventilator system deburr
Ventilator system assembly
Ventilator system lathe shop
Ingersol Rand air compressor
Zeiss Contura G2 CMM
Mitutoyo Surftest SV-2100 M4
Starrett Illumination Camera
36" Brown and Sharp microheight
24" Brown and Sharp microheight 1
24" Brown and Sharp microheight 2
24" Brown and Sharp microheight 3
24" Brown and Sharp microheight 4
Tesahite 400
14" Scherr Tumico comparator
14" Starret comparator
3' x 4' granite plate
4' x 6' granite plate 1
4' x 6' granite plate 2
2' x 3' granite plate 1
2' x 3' granite plate 2
2' x 3' granite plate 3
Wilson hardness tester
CNC pin stamp marking system
CNC laser marking system
OD and ID micrometers
Gage pins and blocks
In house thead program
Bore gages
Precision hand tools
Mitsubishi FX10 1
Mitsubishi FX10 2
Sodick AQ35L

Exhibit B-1                              1730 Elmview Rd

Sodick K1C
Mitsubishi ED-2000M
Kingston 26/120
Sharp 2280
Sharp 1860
Sharp 1118H
Hardinge HVL
Tool Mex 22x80 Lathe
Tool Mex Dynabrade Super Finisher
Ultima
Bridgeport
Lagun
Haas VF2
Haas VF4
Doosan MV50 25/50
Leadwell MV1000
Okuma Howa 511V
Doosan MV60 30/50
Okuma MX-40HA
Doosan DHC-400
Doosan HC-400
Doosan Lynx 220
Doosan Lynx 220L 1
Doosan Lynx 220L 2
Doosan Lynx 220L 3
Doosan Puma 230
Doosan Puma 280
Doosan Puma 400
Okuma Captain 470
Okuma Crown 1420
Okuma Captain 370
MYNX 6500
PUMA 400LC
DMF 260
AQ750L Wire EDM
AG40L Sinker EDM
MYNX 7500
PUMA 400LC
HP6300 HMC
Tools for MYNX 6500
Tools for PUMA 400
Chuck for DMF 260
Duramax CMM
Inspection equipment
AQ 750 LH
Kaeser Compressor - Warehouse SM 15 125
Tools for 260DMG Mill
Airflow Filter for 1st PUMA 400LC

Exhibit B-1                          1730 Elmview Rd

EDM AG40
OKUMA LB3000EXBB 1000 - A
OKUMA LB3000EXBB 1000 - B
OKUMA LB3000EXBB 1000 - C
Tooling for 3 new Okumas (Bass Tools)
Electric Hoist Crane (McMasters)
Intertek Testing
VF-2 Haas Veritcal
VF-5/50 Haas Vertical
VF-5/50 Haas Vertical
EC-1600 Horizontal
Tools for Okuma Lathes
Electric work for EC-1600
Freight charge for AQ750L
Tools for HAAS EC 1600
Calibration Tool for DMG 260
Totary Table for Doosan 7500
2 Wire EDM (AG400)
Relocate EDM from Magnum
Tools for MYNX 7500
Freight charge for AQ750L
Lable Printer
Jib Crane
Installation of AQ55L - 1055
Tooling for Gagemaker

Total - Machinery & Equipment


Furniture &Fixtures

Furniture and Fixtures at Acquisition
Copier
Copier/Fax/Printer/Scanner
Furniture for  new conference area offices Shop shelving

Total - Furniture & Fixtures


Computer Hardware

Computers at Acquisition
HP Comnpaq 6200 PRO
Dell Precision T7600
Dell Latitude E5530
Laptop and add'l memory
5 new computer/monitors/add'l memory

Exhibit B-1                         1730 Elmview Rd

Control 16-port serial hub
HP software
Dell Server

Total - Computer Hardware

Computer Software
INFOR GLOBAL SOLUTIONS
Microsoft Lync Oct - Dec
ERP/VISUAL
Microsoft Lync for Jan
Microsoft Lync for Feb
Infor Global Solutions - upgrades

Exhibit B-2

**Debtor Intercompany Receivable/Payable Balances**
**May 31, 2015**

| | Magnum Precision Operations | | Shamrock Precision Operations | | Axion Services | | Magnum Precision Instruments | | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Debtor Intercompany Receivable from:** | | | | | | | | | |
| Axion Services | 10,061,244 | a | 112,972 | a | | | | | 10,174,216 |
| Magnum Precision Instruments | 1,748,946 | a | 4,890,486 | a | 66,086 | a | | | 6,705,518 |
| Magnum Precision Operations | | | 5,839,203 | a | 337,777 | a | 1,002,246 | a | 7,179,226 |
| Shamrock Precision Operations | 875,890 | a | | | 105,488 | a | 640,000 | a | 1,621,377 |
| Grover Gundrilling | 163,325 | b | 5,588 | b | 168,746 | b | | | 337,659 |
| Northeast Asset Holdings | 8,285 | b | | | | | | | 8,285 |
| Northwest Real Estate Holdings | 1,690,129 | c | 64,022 | c | 7,590 | c | (55,521) | c | 1,706,221 |
| Northwest Real Estate Holdings II | | | 354,594 | c | 179 | c | | | 354,773 |
| | **14,547,819** | | **11,266,865** | | **685,866** | | **1,586,725** | | **28,087,275** |
| | | | | | | | | | |
| **Debtor Intercompany Payable to:** | | | | | | | | | |
| Axion Services | (337,777) | a | (105,488) | a | | | (66,086) | a | (509,351) |
| Magnum Precision Instruments | (1,002,246) | a | (640,000) | a | | | | | (1,642,246) |
| Magnum Precision Operations | | | (875,890) | a | (10,061,244) | a | (1,748,946) | a | (12,686,079) |
| Shamrock Precision Operations | (5,839,203) | a | | | (112,972) | a | (4,890,486) | a | (10,842,661) |
| Grover Gundrilling | (72,094) | d | (1,689) | d | (223,833) | d | | | (297,616) |
| Northwest Real Estate Holdings | (331,934) | e | (48,765) | e | | | (256,314) | e | (637,013) |
| Northwest Real Estate Holdings II | | | (45,600) | e | | | | | (45,600) |
| | **(7,583,254)** | | **(1,717,431)** | | **(10,398,049)** | | **(6,961,832)** | | **(26,660,566)** |

Exhibit B-2

## Notes

a   Balances are created as a function of accounting and managing all collateral
    pool entities collectively, where debt is only carried on certain companies, but
    all companies' cash sweeps to one account.  All Companies have filed Chapter
    7 bankruptcy.  All intercompany relationships among collateral pool eliminate
    and are believed to have no fair market value.

b   This represents direct and allocated expenses of Grover entities that were paid
    for by MPO/SPO/AS out of convience in managing the entire group.  Internally
    these costs were not intended to be paid but were considered to be offset
    with intercompany payables and remaining net balances were held in
    anticipation to offset against future intercompany activity.  Costs expected to
    be reimbursed were not run through the intercompany account but were
    processed through Trade Accounts Receivable/Payable.

c

    Intercompany receivables with Real Estate companies are more correctly
    reflected as Leasehold Improvement costs.  These Leasehold Improvement
    costs are presumed to have no fair market value to the Debtor lessee upon
    lease termination.

d
    Intercompany payable balances were created when Grover performed
    contract service drilling activities for the collateral pool companies.  Balances
    were not always settled in cash as they were internally considered to net
    against intercompany payable balances.

e
    Intercompany payable balances are the result of real estate leasing invoices
    not being full paid;  payment was limited to amounts necessar to fund the real
    estate companies' debt service needs.

B6D (Official Form 6D) (12/07)

In re  **Magnum Precision Instruments, LLC**                                        ,  Case No.  __15-33152__
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **UCC-1** | | | | | |
| **Amegy Bank N. A.** **as Agent for Amegy and Wells Fargo** **800 Town and Country Blvd., Suite 400** **Houston, TX 77024** | X | - | **All assets of the Debtor** | | | | | |
| | | | Value $                **Unknown** | | | | **10,076,029.71** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **10,076,029.71** | **0.00** |
| Total (Report on Summary of Schedules) | **10,076,029.71** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re    **Magnum Precision Instruments, LLC**                                    Case No.   **15-33152**
_____ ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**    continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Magnum Precision Instruments, LLC** _____,    Case No. ___**15-33152**_____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Intercompany AP** | | - | see Exhibit B-2 | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

__0__  continuation sheets attached

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 |

B6G (Official Form 6G) (12/07)

.

In re  **Magnum Precision Instruments, LLC**                          Case No.  **15-33152**
_____,
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Magnum Precision Instruments, LLC** ,   Case No. __15-33152__

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Magnum Precision Operations, LLC**<br>**12450 Cutten Rd**<br>**Houston, TX 77066** | **Amegy Bank N. A.**<br>**as Agent for Amegy and Wells Fargo**<br>**800 Town and Country Blvd., Suite 400**<br>**Houston, TX 77024** |
| **Shamrock Precision Operations, LLC**<br>**1730 Elmview Drive**<br>**Houston, TX 77080** | **Amegy Bank N. A.**<br>**as Agent for Amegy and Wells Fargo**<br>**800 Town and Country Blvd., Suite 400**<br>**Houston, TX 77024** |

**0**
____  continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re    **Magnum Precision Instruments, LLC**                                     Case No.    **15-33152**
                                                          Debtor(s)              Chapter     **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**12**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __6/20/2015__          Signature _____

                                            **Chris Hester**
                                            **Chief Executive Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.